UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY P. MANGO,

                Plaintiff,

-against-

SMOKI USA, INC.,

                Defendant.

25-CV-1244 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiff was ordered to file a motion for default judgment by June 25, 2025. See ECF No. 18. Plaintiff has not done so. The Court *sua sponte* extends Plaintiff's deadline to do so to **July 7, 2025**. If Plaintiff fails to file this motion or otherwise communicate with the Court by this deadline, the Court may dismiss this action for failure to prosecute.

Dated: June 27, 2025
       New York, New York

                                          SO ORDERED.

                                          JESSICA G. L. CLARKE
                                          United States District Judge